NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PETER DESOUSA,             )
                                   )
         Appellant,    )
                                   )
v.                         )         Case No. 2D18-4650
                                   )
LISA DESOUSA,             )
                                   )
         Appellee.     )
_____)

Opinion filed November 1, 2019.

Appeal from the Circuit Court for Pasco
County; Lauralee G. Westine, Judge.

Peter N. Meros, St. Petersburg, for
Appellant.

Michael J. Park of Park, Ossian, Barnaky
& Park, P.A., Clearwater, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, LaROSE, and SALARIO, JJ., Concur.